AO 10
Rev. 1/2019

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2018

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| SQUATRITO, DOMINIC J. | US DISTRICT COURT HARTFORD, CT | 05/08/2019 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. DISTR. JUDGE-SENIOR STATUS | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2018<br>to<br>12/31/2018 |

**7. Chambers or Office Address**

US DISTRICT COURT
450 MAIN STREET
HARTFORD, CT 06103

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| SQUATRITO, DOMINIC J. | 05/08/2019 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2018 | �altered wages |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **SQUATRITO, DOMINIC J.** | 05/08/2019 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[ ] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | People's United Bank | Mortgage and equipment notes, and revolving credit line for ▓▓▓ and ▓▓▓ | P3 |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SQUATRITO, DOMINIC J. | 05/08/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Webster Bank - checking account | A | Interest | K | T | | | | | |
| 2. Fidelity contra fund - mutual fund | A | Dividend | J | T | | | | | |
| 3. ▓▓▓▓▓▓▓ - common stock | | None | P2 | Q | | | | | |
| 4. Coventry, CT Real Estate | | None | J | W | | | | | |
| 5. People's United Bank - checking account | | None | K | T | | | | | |
| 6. Hines Global REIT | D | Int./Div. | L | T | | | | | |
| 7. AAC Technologies | A | Dividend | J | T | Buy (add'l) | 06/22/18 | J | | |
| 8. ABB Ltd | A | Dividend | | | Sold | 07/31/18 | J | | |
| 9. Abbott Laboratories - common stock | A | Dividend | K | T | | | | | |
| 10. Abbvie Inc. - common stock | B | Dividend | | | Sold | 10/08/18 | K | E | |
| 11. ABN Amro Bank | A | Dividend | | | Sold | 07/31/18 | J | | |
| 12. Accenture | A | Dividend | | | Sold | 07/31/18 | J | A | |
| 13. Aercap Holdings | | None | J | T | | | | | |
| 14. AIA Group | A | Dividend | | | Sold | 07/27/18 | J | A | |
| 15. AIA Group | A | Dividend | J | T | Buy (add'l) | 10/23/18 | J | | |
| 16. Air Liquide | | None | J | T | Sold (part) | 08/09/18 | J | A | |
| 17. AKBank Turk Anonim | A | Dividend | | | Sold | 09/13/18 | J | A | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SQUATRITO, DOMINIC J. | 05/08/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Alibaba | | None | K | T | Buy (add'l) | 02/13/18 | J | | |
| 19. Alibaba | | None | K | T | Sold (part) | 05/15/18 | J | A | |
| 20. AMbev SA | A | Dividend | J | T | Buy (add'l) | 02/12/18 | J | | |
| 21. AMbev SA | A | Dividend | J | T | Sold (part) | 05/14/18 | J | | |
| 22. America Movil SAB DE | A | Dividend | J | T | | | | | |
| 23. Amgen | A | Dividend | J | T | | | | | |
| 24. AngloGold Ashanti Ltd | | None | J | T | Buy | 10/15/18 | J | | |
| 25. AngloGold Ashanti Ltd | | None | | | Sold | 12/20/18 | J | A | |
| 26. Anheuser-Busch | A | Dividend | | | Sold | 07/31/18 | J | | |
| 27. Anhui | | None | J | T | Buy (add'l) | 06/26/18 | J | | |
| 28. Aon PLC | A | Dividend | J | T | Sold (part) | 07/31/18 | J | | |
| 29. Apple Inc. - common stock | B | Dividend | L | T | | | | | |
| 30. Arkema Spon | A | Dividend | J | T | Sold (part) | 07/05/18 | J | | |
| 31. ASM Pacific Technology ltd | A | Dividend | J | T | Buy | 07/05/18 | J | | |
| 32. Asml Holding | | None | J | T | Sold (part) | 05/14/18 | J | A | |
| 33. Assa Abloy | A | Dividend | | | Sold | 07/31/18 | J | | |
| 34. Astra International | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SQUATRITO, DOMINIC J. | 05/08/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

[ ] NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. AT&T | B | Dividend | K | T | | | | | |
| 36. Baidu | | None | J | T | Buy (add'l) | 02/12/18 | J | | |
| 37. Baidu | | None | J | T | Sold (part) | 05/31/18 | J | | |
| 38. Banco Bradesco | A | Dividend | J | T | Buy (add'l) | 07/20/18 | J | | |
| 39. Banco Bradesco | A | Dividend | | | Sold | 08/13/18 | J | | |
| 40. Banco do Brasil | A | Dividend | J | T | | | | | |
| 41. Banco Santander Brasil SaBSBR | | None | J | T | Buy | 07/20/18 | J | | |
| 42. Banco Santander Brasil SaBSBR | | None | | | Sold | 08/13/18 | J | A | |
| 43. Banco Santander Mexico SA | | None | J | T | Buy | 03/12/18 | J | | |
| 44. Banco Santander Mexico SA | | None | | | Sold | 03/19/18 | J | | |
| 45. Bank Mandir | A | Dividend | J | T | | | | | |
| 46. Banco Marco SA | A | Dividend | J | T | | | | | |
| 47. Barclays PLC | | None | | | Sold | 02/07/18 | J | A | |
| 48. BB Seguridade | A | Dividend | J | T | | | | | |
| 49. Berkshire Hathaway Inc Cl B | | None | K | T | | | | | |
| 50. BHP Billiton | A | Dividend | | | Sold | 04/31/18 | J | A | |
| 51. Bidvest Group | A | Dividend | J | T | Sold (part) | 08/20/18 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SQUATRITO, DOMINIC J. | 05/08/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Borg Warner INC | A | Dividend | J | T | | | | | |
| 53. Brenntag AG UNSP | A | Dividend | J | T | Sold (part) | 09/26/18 | J | A | |
| 54. Bridgestone | A | Dividend | J | T | Buy (add'l) | 06/04/18 | J | | |
| 55. Bridgestone | A | Dividend | J | T | Sold (part) | 07/24/18 | J | A | |
| 56. British American Tobacco | A | Dividend | | | Sold | 07/31/18 | J | | |
| 57. Bunzl Spon | A | Dividend | J | T | | | | | |
| 58. Canadian National Ry Co | | None | | | Sold | 07/31/18 | J | A | |
| 59. Carlsberg AS Spon | | None | | | Sold | 07/31/18 | J | A | |
| 60. Cemex Sab De | | None | J | T | Buy | 01/16/18 | J | | |
| 61. Cemex Sab De | | None | | | Sold | 09/24/18 | J | A | |
| 62. Check Point Software | | None | J | T | Sold (part) | 02/09/18 | J | | |
| 63. Chevron Corp. - common stock | B | Dividend | K | T | | | | | |
| 64. China Mobile LTD | A | Dividend | J | T | Buy (add'l) | 02/12/18 | J | | |
| 65. China Mobile LTD | A | Dividend | J | T | Sold (part) | 11/29/18 | J | | |
| 66. China Pete & Chem Corp | | None | J | T | Buy (add'l) | 09/10/18 | J | | |
| 67. China Pete & Chem Corp | | None | | | Sold | 09/13/18 | J | A | |
| 68. China Shenhua Energy Co | A | Dividend | J | T | Buy (add'l) | 02/12/18 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SQUATRITO, DOMINIC J. | 05/08/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. China State Construction | A | Dividend | J | T | Sold (part) | 06/21/18 | J | A | |
| 70. CIA Saneamento Basico de Sao Paulo | A | Dividend | J | T | Buy (add'l) | 02/13/18 | J | | |
| 71. CIA Saneamento Basico de Sao Paulo | A | Dividend | | | Sold | 10/25/18 | J | | |
| 72. Cielo SA Spon ADR | A | Dividend | J | T | Buy (add'l) | 10/29/18 | J | | |
| 73. Cielo SA Spon ADR | A | Dividend | | | Sold | 12/20/18 | J | | |
| 74. Cisco | A | Dividend | J | T | | | | | |
| 75. Clicks Group LTD | A | Distribution | J | T | Sold (part) | 02/01/18 | J | A | |
| 76. CNOOC LTD | A | Dividend | J | T | Buy (add'l) | 02/12/18 | J | | |
| 77. Coca Cola Co. - common stock | A | Dividend | K | T | | | | | |
| 78. Commercial Int'l Bank Egypt | A | Dividend | J | T | Buy (add'l) | 02/14/18 | J | | |
| 79. Compagnie Financiere | A | Dividend | J | T | Buy (add'l) | 02/20/18 | J | | |
| 80. Compagnie Financiere | A | Dividend | | | Sold | 07/31/18 | J | | |
| 81. Compass Group | A | Dividend | J | T | Sold (part) | 07/31/18 | J | A | |
| 82. Continental AG ADR | A | Dividend | J | T | Sold (part) | 07/31/18 | J | | |
| 83. Core Laboratories NV | A | Dividend | J | T | Buy | 03/08/18 | J | | |
| 84. Core Laboratories NV | A | Dividend | J | T | Sold (part) | 07/24/18 | J | A | |
| 85. Costco | A | Dividend | K | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SQUATRITO, DOMINIC J. | 05/08/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 86. Creditcorp | | None | J | T | Buy<br>(add'l) | 03/12/18 | J | | |
| 87. Credicorp | | None | | | Sold | 03/19/18 | J | | |
| 88. CRH Spon ADR EA | A | Dividend | J | T | Buy | 02/06/18 | J | | |
| 89. CRH Spon ADR EA | A | Dividend | J | T | Sold<br>(part) | 07/24/18 | J | A | |
| 90. Daikin Industries | A | Dividend | J | T | Sold<br>(part) | 07/24/18 | J | A | |
| 91. Daiwa House Ind Ltd | A | Dividend | | | Sold | 07/31/18 | J | A | |
| 92. Danaher Corp. - common stock | A | Dividend | K | T | | | | | |
| 93. Dankase Bank | | None | J | T | Buy | 06/15/18 | J | | |
| 94. Dankase Bank | | None | | | Sold | 09/18/18 | J | | |
| 95. DBS Group Holdings | A | Dividend | J | T | Buy<br>(add'l) | 02/08/18 | J | | |
| 96. DBS Group Holdings | A | Dividend | J | T | Sold<br>(part) | 07/31/18 | J | A | |
| 97. Delphi Technologies PLC | A | Dividend | J | T | Buy | 02/20/18 | J | | |
| 98. Delphi Technologies PLC | A | Dividend | | | Sold | 08/21/18 | J | | |
| 99. Deutsche Boerse AG | A | Dividend | J | T | Buy<br>(add'l) | 07/05/18 | J | | |
| 100. Deutsche Boerse AG | A | Dividend | J | T | Sold<br>(part) | 12/13/18 | J | A | |
| 101. Deutsche Post AG | | None | | | Sold | 06/11/18 | J | | |
| 102. Discover Financial Services | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SQUATRITO, DOMINIC J. | 05/08/2019 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Dr. Reedy S Laboratories | | None | J | T | Buy | 09/10/18 | J | | |
| 104. Walt Disney Co. - common stock | A | Dividend | K | T | Sold | 01/02/18 | K | E | |
| 105. Ecolab Inc. - common stock | A | Dividend | K | T | | | | | |
| 106. Embraer SA Adr | A | Dividend | J | T | Buy | 04/23/18 | J | | |
| 107. Embraer SA Adr | A | Dividend | | | Sold | 04/30/18 | J | | |
| 108. ENN Energy Holdings | A | Dividend | J | T | Buy (add'l) | 10/04/18 | J | | |
| 109. ENN Energy Holdings | A | Dividend | J | T | Sold (part) | 04/30/18 | J | A | |
| 110. Equinor ASA (Formerly Statoli ASA) | A | Dividend | J | T | Buy | 05/10/18 | J | | |
| 111. Equinor ASA (Formerly Statoli ASA | A | Dividend | J | T | Sold (part) | 07/31/18 | J | A | |
| 112. Facebook | | None | J | T | | | | | |
| 113. Fanuc Corp | | None | | | Sold | 01/24/18 | J | A | |
| 114. Ferguson PLC | A | Dividend | J | T | Buy (add'l) | 02/09/18 | J | | |
| 115. Ferguson PLC | A | Dividend | J | T | Sold (part) | 07/31/18 | J | A | |
| 116. Fidelity Treasury MM Fund | A | Interest | K | T | | | | | |
| 117. Fomento Economico Mexicano | A | Dividend | J | T | Buy (add'l) | 02/05/18 | J | | |
| 118. Fomento Economico Mexicano | A | Dividend | J | T | Sold (part) | 03/19/18 | J | | |
| 119. Franklin Templeton ETF TR South Korea | A | Dividend | J | T | Buy | 01/08/18 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SQUATRITO, DOMINIC J. | 05/08/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120.  Franklin Templeton ETF TR South Korea | A | Dividend | J | T | Sold (part) | 07/24/18 | J | | |
| 121.  Franklin Templeton ETF TR Russia | A | Dividend | J | T | Buy | 06/21/18 | J | | |
| 122.  Franklin Templeton ETF TR Russia | A | Dividend | J | T | Sold (part) | 10/17/18 | J | A | |
| 123.  Franklin Tempelton ETF TR China | A | Dividend | J | T | Buy | 01/10/18 | J | | |
| 124.  Franklin Tempelton ETF TR China | A | Dividend | J | T | Sold (part) | 07/24/18 | J | | |
| 125.  Frankilin Templeton ETF TR Brazil | A | Dividend | J | T | Buy | 01/08/18 | J | | |
| 126.  Frankilin Templeton ETF TR Brazil | A | Dividend | J | T | Sold (part) | 08/13/18 | J | | |
| 127.  Fresenius SE & CO | A | Dividend | | | Sold | 07/31/18 | J | | |
| 128.  Galp Energia | A | Dividend | J | T | Buy (add'l) | 05/14/18 | J | | |
| 129.  Givaudan SA ADR | A | Dividend | J | T | | | | | |
| 130.  Gazprom OAO | A | Dividend | J | T | Buy | 02/12/18 | J | | |
| 131.  Genmab A/SG | A | Dividend | J | T | Buy | 02/23/18 | J | | |
| 132.  Genmab A/SG | A | Dividend | | | Sold | 07/31/18 | J | | |
| 133.  Gerdau SAGGB | A | Dividend | J | T | Buy | 08/03/18 | J | | |
| 134.  Gendau SAGGB | A | Dividend | | | Sold | 10/22/18 | J | | |
| 135.  Global X MSCI Argentina ETF | | None | J | T | Buy | 02/28/18 | J | | |
| 136.  Global X MSCI Argentina ETF | | None | | | Sold | 04/04/18 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SQUATRITO, DOMINIC J. | 05/08/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mn/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137.  Groupo Televisa | | None | J | T | Buy | 09/10/18 | J | | |
| 138.  Groupo Televisa | | None | | | Sold | 11/16/18 | J | | |
| 139.  HDFC Bank | | None | J | T | Buy (add'l) | 03/26/18 | J | | |
| 140.  HDFC Bank | | None | J | T | Sold (part) | 12/10/18 | J | A | |
| 141.  Heineken | A | Dividend | J | T | | | | | |
| 142.  Hengan International | | None | J | T | | | | | |
| 143.  Henkel AG&CO | A | Dividend | J | T | Sold (part) | 09/18/18 | J | | |
| 144.  Hoya Corp | A | Dividend | J | T | Buy | 08/17/18 | J | | |
| 145.  Hoya Corp | A | Dividend | J | T | Sold (part) | 10/29/18 | J | | |
| 146.  Huazhu Group ltd | | None | J | T | Buy | 05/31/18 | J | | |
| 147.  Huazhu Group ltd | | None | | | Sold | 09/10/18 | J | | |
| 148.  Icici Bank | | None | J | T | Buy (add'l) | 03/29/18 | J | | |
| 149.  Icici Bank | | None | | | Sold | 04/23/18 | J | | |
| 150.  Imperial Holdings | A | Dividend | J | T | | | | | |
| 151.  Honeywell Int'l Inc. - common stock | A | Dividend | K | T | | | | | |
| 152.  Illinois Tool Sks Inc. - common stock | A | Dividend | K | T | | | | | |
| 153.  Infineon Technologies | | None | J | T | Buy | 04/02/18 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,000 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SQUATRITO, DOMINIC J. | 05/08/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | B. (2) Type (e g , div , rent, or int ) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e g , buy, sell, redemption) | D. (2) Date mm/dd/yy | D. (3) Value Code 2 (J-P) | D. (4) Gain Code 1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 154. Informa PLC | | None | | | Sold | 07/31/18 | J | A | |
| 155. Infosys | A | Dividend | J | T | Buy (add'l) | 02/12/18 | J | | |
| 156. Infosys | A | Dividend | J | T | Sold (part) | 11/15/18 | J | A | |
| 157. Ishares China Large Cap | | None | J | T | Buy (add'l) | 01/04/18 | J | | |
| 158. Ishares China Large Cap | | None | | | Sold | 10/11/18 | J | | |
| 159. Ishares EDGE MSCI min volume emerging markets ETF | A | Dividend | J | T | Buy | 12/13/18 | J | | |
| 160. Ishares Latin America ETF | | None | J | T | Buy (add'l) | 01/26/18 | J | | |
| 161. Ishares Latin America ETF | | None | | | Sold | 11/26/18 | J | | |
| 162. Ishares MSCI Brazcap | A | Dividend | J | T | Buy | 01/24/18 | J | | |
| 163. Ishares MSCI Brazcap | A | Dividend | J | T | Sold (part) | 10/29/18 | K | A | |
| 164. Ishares MSCI Ch Cap | | None | J | T | Sold | 01/10/18 | J | A | |
| 165. Ishares MSCI Ch Cap EFT | | None | J | T | Sold (part) | 01/10/18 | K | A | |
| 166. Ishares MSCI Chile | A | Dividend | J | T | Buy (add'l) | 09/17/18 | J | | |
| 167. Ishares MSCI Chile | A | Dividend | J | T | Sold (part) | 11/29/18 | J | A | |
| 168. Ishares MSCI Indonesia | A | Dividend | J | T | Buy (add'l) | 01/25/18 | K | | |
| 169. Ishares MSCI Indonesia | A | Dividend | J | T | Sold (part) | 11/28/18 | K | | |
| 170. Ishares MSCI Mexico ETF | A | Dividend | J | T | Buy | 03/13/18 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SQUATRITO, DOMINIC J. | 05/08/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 171. Ishares MSCI Mexico ETF | A | Dividend | J | T | Sold (part) | 11/08/18 | J | | |
| 172. Ishares MSCI MLY ETF | A | Dividend | J | T | Buy (add'l) | 01/16/18 | J | | |
| 173. Ishares MSCI MLY ETF | A | Dividend | J | T | Sold (part) | 11/28/18 | J | | |
| 174. Ishares MSCI Peru ETF | A | Dividend | J | T | Buy | 12/10/18 | J | | |
| 175. Ishares MSCI Philippines ETF | A | Dividend | J | T | Buy (add'l) | 04/27/18 | J | | |
| 176. Ishares MSCI Philippines ETF | A | Dividend | J | T | Sold (part) | 11/08/18 | J | | |
| 177. Ishares MSCI Poland ETF | A | Dividend | J | T | Buy (add'l) | 01/16/18 | K | | |
| 178. Ishares MSCI Poland ETF | A | Dividend | J | T | Sold (part) | 12/31/18 | K | | |
| 179. Ishares MSCI Rus ETF | A | Dividend | J | T | Buy (add'l) | 01/03/18 | K | | |
| 180. Ishares MSCI Rus ETF | A | Dividend | J | T | Sold (part) | 12/18/18 | K | | |
| 181. Ishares MSCI STHAFR ETF | A | Dividend | J | T | Buy (add'l) | 02/23/18 | K | | |
| 182. Ishares MSCI STHAFR ETF | A | Dividend | J | T | Sold (part) | 12/03/18 | K | | |
| 183. Ishares MSCI STHKOR ETF | A | Dividend | J | T | Buy (add'l) | 01/22/18 | K | | |
| 184. Ishares MSCI STHKOR ETF | A | Dividend | J | T | Sold (part) | 12/17/18 | K | | |
| 185. Ishares MSCI Saudi Arabia | | None | J | T | Buy | 06/04/18 | J | | |
| 186. Ishares MSCI Saudi Arabia | | None | | | Sold | 09/17/18 | J | | |
| 187. Ishares MSCI Taiwan capped ETF | A | Dividend | J | T | Buy (add'l) | 02/23/18 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. Ishares MSCI Taiwan capped ETF | A | Dividend | J | T | Sold (part) | 12/06/18 | K | | |
| 189. Ishares MSCI Thicap ETF | A | Dividend | J | T | Buy (add'l) | 03/01/18 | J | | |
| 190. Ishares MSCI Thicap ETF | A | Dividend | J | T | Sold (part) | 06/07/18 | J | | |
| 191. Ishares MSCI Turkey ETF | A | Dividend | J | T | Buy (add'l) | 02/20/18 | J | | |
| 192. Ishares MSCI Turkey ETF | A | Dividend | J | T | Sold (part) | 10/29/18 | J | | |
| 193. Ishares Tr MSCI China | A | Dividend | J | T | Buy (add'l) | 01/04/18 | K | | |
| 194. Ishares Tr MSCI China | A | Dividend | J | T | Sold (part) | 12/20/18 | K | | |
| 195. Ishares India | A | Dividend | J | T | Sold | 05/08/18 | K | | |
| 196. Ishares Tr MSCI India | A | Dividend | J | T | Buy (add'l) | 04/02/18 | J | | |
| 197. Ishares Tr MSCI India | A | Dividend | J | T | Sold (part) | 12/20/18 | J | | |
| 198. Itau Unibanco Holding | | None | J | T | Buy | 06/11/18 | J | | |
| 199. Itau Unibanco Holding | | None | | | Sold | 07/20/18 | J | | |
| 200. Julius Baer | | None | J | T | | | | | |
| 201. JP Morgan Chase - common stock | A | Dividend | K | T | | | | | |
| 202. KAO Corp | A | Dividend | J | T | Sold (part) | 07/31/18 | J | A | |
| 203. KB Financial Group | A | Dividend | J | T | | | | | |
| 204. KBC Corp | | None | J | T | Buy | 07/31/18 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SQUATRITO, DOMINIC J. | 05/08/2019 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. KBC Corp | | None | | | Sold | 04/05/18 | J | | |
| 206. KDDI Corp | | None | | | Sold | 07/31/18 | J | A | |
| 207. Kerry Group PLC | A | Dividend | J | T | Buy | 04/05/18 | J | | |
| 208. Kasikornbank | A | Dividend | J | T | | | | | |
| 209. Kimberly Clark de Mexico | A | Dividend | J | T | | | | | |
| 210. KOC Holdings | A | Dividend | J | T | Buy (add'l) | 06/05/18 | J | | |
| 211. Komatsu | | None | | | Sold | 07/31/18 | J | A | |
| 212. Kraneshares Tr CSI China | | None | J | T | Buy (add'l) | 09/10/18 | J | | |
| 213. Kraneshares Tr CSI China | | None | | | Sold | 10/15/18 | K | | |
| 214. Korea Electric Power | | None | J | T | Buy | 01/02/18 | J | | |
| 215. Korea Electric Power | | None | J | T | Sold (part) | 04/04/18 | J | | |
| 216. Linde PLC COm | A | Dividend | J | T | Buy | 10/31/18 | K | | |
| 217. Lloyds Banking Group | | None | | | Sold | 10/23/18 | J | | |
| 218. Localiza Rent A Car | A | Dividend | | | Sold | 04/20/18 | J | A | |
| 219. London Stock Exchange Group | A | Dividend | J | T | Buy | 02/08/18 | J | | |
| 220. London Stock Exchange Group | A | Dividend | J | T | Sold (part) | 06/12/18 | J | A | |
| 221. Lonza Group AG | A | Dividend | J | T | Buy | 04/30/18 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SQUATRITO, DOMINIC J. | 05/08/2019 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 222. L'Oreal Co | A | Dividend | J | T | Sold<br>(part) | 12/12/18 | J | A | |
| 223. Makita Corp | A | Dividend | | | Sold | 07/31/18 | J | A | |
| 224. Melco Resorts & Entertainment | | None | J | T | Buy | 09/17/18 | J | | |
| 225. Melco Resorts & Entertainment | | None | | | Sold | 10/15/18 | J | | |
| 226. MercadoLibre Inc | | None | J | T | Buy | 04/20/18 | J | | |
| 227. MercadoLibre Inc | | None | | | Sold | 05/04/18 | J | A | |
| 228. Medtronic | A | Dividend | | | Sold | 07/31/18 | J | A | |
| 229. Michelin CIE GLE | A | Dividend | J | T | Buy<br>(add'l) | 02/20/18 | J | | |
| 230. Michelin CIE GLE | A | Dividend | | | Sold | 07/31/18 | J | A | |
| 231. Merck & Company - common stock | A | Dividend | J | T | | | | | |
| 232. Microsoft | A | Dividend | K | T | | | | | |
| 233. Mitsubishi Electric Corp | | None | J | T | Buy | 05/15/18 | J | | |
| 234. Mitsubishi Electric Corp | | None | | | Sold | 11/06/18 | J | | |
| 235. Mobile Telesystems | A | Distribution | J | T | | | | | |
| 236. Momo Inc | | None | J | T | Buy | 01/22/18 | J | | |
| 237. Momo Inc | | None | | | Sold | 07/24/18 | J | A | |
| 238. Naspers | A | Dividend | J | T | Buy<br>(add'l) | 02/21/18 | J | | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4)<br>2 Value Codes<br>(See Columns C1 and D3)<br><br>3 Value Method Codes<br>(See Column C2) | A =$1,000 or less<br>F =$50,001 - $100,000<br>J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000<br>Q =Appraisal<br>U =Book Value | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000<br>K =$15,001 - $50,000<br>O =$500,001 - $1,000,000<br><br>R =Cost (Real Estate Only)<br>V =Other | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000<br>L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000<br>S =Assessment<br>W =Estimated | D =$5,001 - $15,000<br>H2 =More than $5,000,000<br>M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000<br><br>T =Cash Market | E =$15,001 - $50,000 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 239. Naspers | A | Dividend | | | Sold | 10/29/18 | J | | |
| 240. National Australia Bank | A | Dividend | J | T | Sold (part) | 07/24/18 | J | | |
| 241. Nedbank Group | A | Dividend | J | T | | | | | |
| 242. Netease | A | Dividend | J | T | Buy (add'l) | 10/11/18 | J | | |
| 243. Netease | A | Dividend | J | T | Sold (part) | 02/01/18 | J | A | |
| 244. New Oriental Ed & Technology | | None | J | T | Buy (add'l) | 02/05/18 | J | | |
| 245. New Oriental Ed & Technology | | None | | | Sold | 10/22/18 | J | | |
| 246. Nielson Holdings | | None | | | Sold | 02/15/18 | J | | |
| 247. Nordea Bank Sweden | A | Dividend | | | Sold | 07/31/18 | J | | |
| 248. Novartis A G | A | Dividend | | | Sold | 07/31/18 | J | | |
| 249. NXP Semiconductors NV | A | Dividend | J | T | Buy | 07/27/18 | J | | |
| 250. Oil Company Lukoil | A | Dividend | J | T | Buy | 11/05/18 | J | | |
| 251. Oil Company Lukoil | A | Dividend | | | Sold | 04/26/18 | J | A | |
| 252. Oracle | A | Dividend | J | T | | | | | |
| 253. Pernod Ricard | A | Dividend | J | T | | | | | |
| 254. Petroleo Brasileiro | | None | J | T | Buy | 05/25/18 | J | | |
| 255. Petroleo Brasileiro | | None | | | Sold | 08/13/18 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SQUATRITO, DOMINIC J. | 05/08/2019 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐   NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g,<br>div, rent,<br>or int) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 256. Pfizer Inc. - common stock | A | Dividend | K | T | | | | | |
| 257. Praxair Inc. - common stock | A | Dividend | | | Sold | 10/31/18 | K | D | |
| 258. Procter & Gamble Co. - common stock | A | Dividend | | | Sold | 02/06/18 | K | D | |
| 259. Prudential ADR | A | Dividend | J | T | Sold<br>(part) | 07/31/18 | J | A | |
| 260. QIWI | | None | J | T | Buy | 04/30/18 | J | | |
| 261. QIWI | | None | | | Sold | 05/14/18 | J | | |
| 262. Rickett Benckiser Group PLC | A | Dividend | J | T | Buy | 04/19/18 | J | | |
| 263. Red Electrca Corp | A | Dividend | J | T | Buy<br>(add'l) | 06/27/18 | J | | |
| 264. Red Electrca Corp | A | Dividend | | | Sold | 07/31/18 | J | A | |
| 265. Relx Plc | A | Dividend | J | T | Buy<br>(add'l) | 06/27/18 | J | | |
| 266. Relx Plc | A | Dividend | J | T | Sold<br>(part) | 07/31/18 | J | A | |
| 267. Roche Hldg | A | Dividend | J | T | | | | | |
| 268. Rentokil Initial ADR | | None | J | T | Buy | 11/01/18 | J | | |
| 269. Rogers Communications Inc | | None | J | T | Buy | 07/21/18 | J | | |
| 270. Rogers Communications Inc | | None | | | Sold | 07/31/18 | J | A | |
| 271. Royal Dutch Shell | | None | | | Sold | 07/31/18 | J | A | |
| 272. Ryanair Holdings | | None | | | Sold | 07/31/18 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SQUATRITO, DOMINIC J. | 05/08/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 273. Ryohin Keikaku | | None | | | Sold | 07/31/18 | J | A | |
| 274. Safran S A | | None | J | T | Buy (add'l) | 01/04/18 | J | | |
| 275. Safran S A | | None | | | Sold | 07/31/18 | J | A | |
| 276. Sampo Plc | | None | | | Sold | 07/31/18 | J | | |
| 277. Samsonite Intl | A | Dividend | J | T | Buy (add'l) | 06/08/18 | J | | |
| 278. Samsonite Intl | A | Dividend | J | T | Sold (part) | 07/24/18 | J | | |
| 279. Sanlam | A | Dividend | J | T | Sold (part) | 01/30/18 | J | A | |
| 280. Santen Pharmaceutical | A | Dividend | J | T | Sold (part) | 07/24/18 | J | | |
| 281. SAP | A | Dividend | J | T | Sold (part) | 10/18/18 | J | A | |
| 282. Sberbank of Russia | A | Dividend | J | T | Buy (add'l) | 08/03/18 | J | | |
| 283. Sberbank of Russia | A | Dividend | J | T | Sold (part) | 01/03/18 | J | | |
| 284. Schneider Electric | A | Distribution | J | T | Sold (part) | 09/18/18 | J | | |
| 285. Sensata Technology | | None | J | T | Sold (part) | 07/24/18 | J | A | |
| 286. SGS SA | A | Distribution | J | T | Sold (part) | 12/13/18 | J | A | |
| 287. Silicon Motion Technology | | None | | | Sold | 01/26/18 | J | A | |
| 288. Shinhan Financial Group | A | Dividend | J | T | | | | | |
| 289. Shire Plc | A | Dividend | | | Sold | 07/31/18 | J | A | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SQUATRITO, DOMINIC J. | 05/08/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 290.  Shoprite Hldgs | A | Dividend | J | T | | | | | |
| 291.  SMC Corp | A | Dividend | J | T | | | | | |
| 292.  Smiths Group PLC | A | Dividend | J | T | Buy | 04/20/18 | J | | |
| 293.  Sodexo Spon | | None | | | Sold | 04/06/18 | J | | |
| 294.  Sonova Holding | A | Dividend | J | T | Buy<br>(add'l) | 12/12/18 | J | | |
| 295.  Sony Corp | | None | | | Sold | 07/31/18 | J | A | |
| 296.  Standard Bak Group | A | Dividend | J | T | Sold<br>(part) | 01/31/18 | J | A | |
| 297.  Sumitomo | | None | | | Sold | 07/31/18 | J | A | |
| 298.  Suncor Energy | A | Dividend | J | T | Buy | 02/20/18 | J | | |
| 299.  Suncor Energy | A | Dividend | J | T | Sold<br>(part) | 07/24/18 | J | A | |
| 300.  Sysco Corp. - common stock | A | Dividend | K | T | | | | | |
| 301.  Suzano Papel E Ceulose | A | Dividend | J | T | Buy | 02/26/18 | J | | |
| 302.  Suzano Papel E Ceulose | A | Dividend | | | Sold | 06/21/18 | J | A | |
| 303.  Swedebank AB | | None | J | T | Buy | 06/14/18 | J | | |
| 304.  Taiwan Semiconductor | | None | J | T | Buy<br>(add'l) | 03/13/18 | J | | |
| 305.  Taiwan Semiconductor | | None | J | T | Sold<br>(part) | 09/19/18 | J | | |
| 306.  TE Connectivity | | None | | | Sold | 07/27/18 | J | A | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SQUATRITO, DOMINIC J. | 05/08/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 307.  Techtronic Industries | A | Dividend | J | T | Buy (add'l) | 07/30/18 | J | | |
| 308.  Telekomunikasi Indonesia | A | Dividend | J | T | | | | | |
| 309.  Telenor | | None | | | Sold | 07/31/18 | J | | |
| 310.  Tencent Holdings | | None | | | Sold | 10/18/18 | J | | |
| 311.  Ternium SA | | None | J | T | Buy | 11/21/18 | J | | |
| 312.  Tokyo Electron | A | Dividend | | | Sold | 07/05/18 | J | A | |
| 313.  Total S A | A | Dividend | J | T | Sold (part) | 07/24/18 | J | A | |
| 314.  Tower Semiconductor LTD | | None | J | T | Buy | 02/01/18 | J | | |
| 315.  Toyota | A | Dividend | J | T | | | | | |
| 316.  Turkcell Iletisim | | None | | | Sold | 02/26/18 | J | A | |
| 317.  Ubisoft Entertainment | | None | J | T | Buy | 03/23/18 | J | | |
| 318.  Ubisoft Entertainment | | None | | | Sold | 07/31/18 | J | A | |
| 319.  UBS Group | A | Dividend | J | T | Sold (part) | 07/24/18 | J | | |
| 320.  Unilever | A | Dividend | J | T | Sold (part) | 07/31/18 | J | | |
| 321.  Union Pacific Corp. - common stock | A | Dividend | K | T | | | | | |
| 322.  United Technologies Corp. - common stock | A | Dividend | K | T | | | | | |
| 323.  Vale SA | | None | J | T | Buy (add'l) | 08/13/18 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SQUATRITO, DOMINIC J. | 05/08/2019 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 324. Vale SA | | None | | | Sold | 10/18/18 | J | A | |
| 325. Valeo | A | Dividend | J | T | Sold<br>(part) | 02/12/18 | J | | |
| 326. VanEck Vectors Gold miners ETF | | None | J | T | Buy | 10/25/18 | J | | |
| 327. VanEck Vectors Gold miners ETF | | None | | | Sold | 12/07/18 | J | A | |
| 328. Vaneck Vectors ETF Tr Russia | | None | | | Sold | 01/04/18 | J | A | |
| 329. VanEck Vectors Vietnam ETF | | None | J | T | Buy | 06/04/18 | J | | |
| 330. VanEck Vectors Vietnam ETF | | None | | | Sold | 07/03/18 | J | | |
| 331. Vinci | | None | | | Sold | 07/31/18 | J | A | |
| 332. Vipshop Holdings Ltd | | None | J | T | Buy | 01/08/18 | J | | |
| 333. Vipshop Holdings Ltd | | None | | | Sold | 06/06/18 | J | A | |
| 334. Vodacom | A | Dividend | J | T | Buy<br>(add'l) | 02/07/18 | J | | |
| 335. Weichai Power Co | A | Dividend | J | T | | | | | |
| 336. Wichita KS | A | Interest | | | Sold | 05/03/18 | J | | |
| 337. Willis Towers Watson | A | Dividend | J | T | | | | | |
| 338. Wolters Kluwers | A | Dividend | | | Sold | 07/31/18 | J | A | |
| 339. Woolworths Hldgs | A | Dividend | J | T | Buy | 05/08/18 | J | | |
| 340. Xtrackers harvest CSI 300 China A ETF | | None | J | T | Buy | 07/24/18 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SQUATRITO, DOMINIC J. | 05/08/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 341. Xtrackers harvest CSI 300 China A ETF | | None | | | Sold | 08/01/18 | J | | |
| 342. Yandex NV | | None | J | T | Buy | 04/20/18 | J | | |
| 343. Yandex NV | | None | | | Sold | 08/08/18 | J | A | |
| 344. YPF Sociedad Anonima | | None | J | T | Buy<br>(add'l) | 02/13/18 | J | | |
| 345. Cumberland Cnty North Carolina | B | Interest | | | Sold | 05/31/18 | K | | |
| 346. Philadelphia Pennsylvania Wtr & Wst | B | Interest | | | Sold | 05/31/18 | K | | |
| 347. Michigan State Fin Auth Revenue | A | Interest | | | Sold | 05/31/18 | K | | |
| 348. Michigan State Fin Auth Revenue | B | Interest | | | Sold | 05/31/18 | K | | |
| 349. Ohio State Univ. | A | Interest | | | Sold | 05/31/18 | K | | |
| 350. Deutsch CMO - bond | A | Interest | J | T | | | | | |
| 351. Stryker Corp. - common stock | A | Dividend | K | T | | | | | |
| 352. Wilmington Large-Cap Strategy Fund | D | Dividend | L | T | | | | | |
| 353. Ishares Core MSCI Emerging Markets | A | Dividend | K | T | | | | | |
| 354. Vanguard FTSE Developed market ETF | A | Dividend | | | Sold | 07/30/18 | K | D | |
| 355. Vanguard Small-Cap ETF | A | Dividend | | | Sold | 01/09/18 | M | E | |
| 356. Bristol Myers Squibb common stock | A | Dividend | J | T | | | | | |
| 357. GE Capital Assurance Universal Life | | None | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SQUATRITO, DOMINIC J. | 05/08/2019 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 358. Amer Fund Target date 2010 fund | B | Int./Div. | M | T | | | | | |
| 359. South Kingston, RI rental property | E | Rent | N | R | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SQUATRITO, DOMINIC J. | 05/08/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

The following properties are personal residences and are, therefore, not listed in section VII:
Cossombrato, Italy
Vacation Property, South Kingston, RI

One of the Vacation Properties in South Kingston, RI was rented out during 2018. The original cost was $450,000 and the acquisition date was 7.3.2001

The Appraisal date of         . was 7.31.2016

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ DOMINIC J. SQUATRITO**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544